No. 03–6041. VASQUEZ-RUBIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 03–6042. PRICE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–6043. DARAGJATI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–6045. MARTINEZ-TORRES *v.* UNITED STATES. C. A. 1st. Cir. Certiorari denied.

No. 03–6046. MANCIA-PEREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–6048. SMILEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–6049. SHEPPARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–6050. ESCOBAR DE JESUS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–6051. ROSALES-CEJA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–6053. COLE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–6058. PARKER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–6061. NGUYEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6062. LYCKMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6064. KENNEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–6065. DEJARNETTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–6067. PRATHER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.